UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-mj-02153-BM-1

UNITED STATES OF AMERICA

MOTION TO WITHRAW GUILTY PLEA
AND SET NEW TRIAL DATE

v.

JASMINE WRIGHT

_____

NOW COMES, the undersigned attorney for the Defendant respectfully moves this court for an Order allowing said attorney to withdraw guilty plea and present case in trial. In support of said motion, undersigned says as follows:

1. New material information has been disclosed to counsel that the defendant believes has some bearing on the case.
2. This motion is not being made to hinder delay or obstruct any proceedings in the above captioned matter.

WHEREFORE, undersigned prays for the following relief:

1. Undersigned prays for entry of an order allowing her withdrawal of guilty plea.
2. Undersigned prays for the court to withdraw guilty plea and set case for trial.
3. For any and all such relief as just due and proper.

This the 18th day of August 2023.

    /s/ Nichole M. Cotton
Nichole M. Cotton
Attorney for Defendant
Cotton Law Firm, PLLC.
219 Dick St.
Fayetteville, NC 28301
Tele: (910) 339-1880
NC Bar No. 39109

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of foregoing was served upon:

Henry R Carras
2801 Compass Ct.
Apt 205
Fort Liberty, NC 28307
703-981-3818
henry.r.carras.mil@army.mil

by electronically filing the foregoing with the Clerk of Court on August 17, 2023, using the CM/ECF system which will send notification of such filing to the above.

    This the 18th day of August, 2023.

                                                /s/ Nichole M. Cotton
                                              Nichole M. Cotton
                                              Attorney for Defendant
                                              Cotton Law Firm, PLLC.
                                              219 Dick St.
                                              Fayetteville, NC 28301
                                              Tele: (910) 339-1880
                                              NC Bar No. 39109

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:22-mj-02153-BM-1

**United States of America**,

v.

**Jasmine Wright**,

          Defendant.

**Order**

      This matter came to be heard, and was heard, before the undersigned Judge upon a motion filed by Attorney Nichole M. Cotton seeking to withdraw guilty plea for Jasmine Wright, the defendant herein.

      Based upon a finding of the following:

1. New material information has been disclosed to counsel that the defendant believes has some bearing on the case.
2. This motion is not being made to hinder delay or obstruct any proceedings in the above captioned matter.

      NOW, THERFORE, IT IS HEREBY ORDERED that the motion filed by Attorney Nichole M. Cotton is allowed and that she is granted to withdraw guilty plea for Ms. Jasmine Wright.

This the 18th day of August, 2023.

                                                          _____
                                                          United States Magistrate Court Judge