UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jasmine Lois Marie Wright            Docket No. 5:22-MJ-2153-1FL

**Petition for Action on Probation**

COMES NOW Daniel J. Heimrich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jasmine Lois Marie Wright, who, upon an earlier plea of guilty to Driving While Impaired Level- 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S 20-138.1, was sentenced by the Honorable Brian S. Meyers, U.S. Magistrate Judge, on August 9, 2023, to 12 months probation under the conditions adopted by the court. On August 31, 2023, this case was reassigned to The Honorable Louise Wood Flanagan for all further proceedings.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On August 17, 2023, the District of Hawaii contacted this officer and requested to modify the conditions of the defendant's probation to include their standard alcohol restriction condition. At the request of the District of Hawaii, we are recommending that the conditions of probation be modified to include this condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. You must not use or possess alcohol during the term of supervision. You must warn any other resident and/or guest that you are prohibited from possessing any alcohol in your residence and on your property. You must submit to alcohol testing at the direction of the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Daniel J. Heimrich<br>Daniel J. Heimrich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2531<br>Executed On: September 8, 2023 |

**Jasmine Lois Marie Wright**
**Docket No. 5:22-MJ-2153-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __11th__ day of ____September____, 2023, and ordered filed and made a part of the records in the above case.

_____
Louise Wood Flanagan
U.S. District Judge